## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| BRIAN JONES, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-00967-MN |
| | ) |
| vs. | ) |
| | ) |
| RADIUS HEALTH, INC., WILLARD H. DERE, CATHERINE FRIEDMAN, JEAN-PIERRE GARNIER, OWEN HUGHES, JENNIFER A. JARRETT, G. KELLY MARTIN, SEAN MURPHY, MACHELLE SANDERS, SUSAN VISSERS LISA, and ANDREW C. VON ESCHENBACH, | ) ) ) JURY TRIAL DEMANDED ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 21, 2022            **LONG LAW, LLC**

                               By:    */s/ Brian D. Long*
                                       Brian D. Long (#4347)3
                                       3828 Kennett Pike, Suite 208
                                       Wilmington, DE 19807
                                       Telephone: (302) 729-9100
                                       Email: BDLong@longlawde.com

                                       *Attorneys for Plaintiff*